IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH JEFF FISHER,

      Plaintiff,                        No. CIV S-05-1145 LKK DAD P

   vs.

DOCTOR RAUL MISCHIU, et al.,

      Defendants.              ORDER

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On August 18, 2005, the court ordered the United States Marshal to serve the complaint on three defendants. The complaint and request for waiver of service of summons directed to defendant Smith was returned because the defendant was not located at the address provided by plaintiff and the California Department of Corrections was unable to locate this defendant.

        If plaintiff wishes to proceed with his claims against defendant Smith, he must provide additional information that will enable the United States Marshal to serve plaintiff's complaint on the defendant. Plaintiff shall promptly seek such information through any means available to him and shall provide the additional information as required by this order. Plaintiff is cautioned that he must act with diligence. If service of the complaint is not made upon a

1

defendant within 120 days after the filing of the complaint, the court is required to dismiss the claims against that defendant, unless the plaintiff shows good cause for his failure to provide the necessary information.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one summons form and one USM-285 form, along with an instruction sheet and one copy of the complaint filed June 9, 2005;

2. Within sixty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and shall submit all of the following documents to the court at the same time:

    a. The completed, signed Notice of Submission of Documents;

    b. One completed USM-285 form for defendant Smith;

    c. Two true and exact copies of the endorsed complaint filed June 9, 2005; and

    d. One completed summons form,

or plaintiff shall show good cause why he cannot provide such information.

DATED: October 25, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
fish1145.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH JEFF FISHER,

     Plaintiff,                    No. CIV S-05-1145 LKK DAD P

    vs.

DOCTOR RAUL MISCHIU, et al.,      NOTICE OF SUBMISSION

     Defendants.                OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____     <u>one</u> completed summons form;

        _____     <u>one</u> completed USM-285 form for defendant Smith; and

        _____     <u>two</u> true and exact copies of the complaint filed June 9, 2005.

DATED: _____.

                                                _____
                                                Plaintiff