IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NEHEMIAH JEFF FISHER,** | CASE NO. CIV S-05-1145 LKK DAD P |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| v. | |
| **DOCTOR RAUL MISCHIU, et al.,** | |
| Defendants. | |
| _____/ | |

The Court, having considered Defendants' November 1, 2005 request for an extension of time to file a responsive pleading, and good cause having been found,

**IT IS HEREBY ORDERED**: Defendants' responsive pleading shall be filed on or before December 9, 2005.

DATED: November 2, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/fish1145.36resp