IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH JEFF FISHER,

    Plaintiff,                  No. CIV S-05-1145 LKK DAD P

    vs.

DOCTOR RAUL MISCHIU, et al.,

    Defendants.            ORDER

_____/

        On January 4, 2006, plaintiff filed a notice of change of address. Plaintiff's notice includes a request that the Clerk of the Court notify defendants' counsel of plaintiff's address change.

        Plaintiff has not complied with the court's August 18, 2005 order, which provides that "[a] notice of change of address must be properly served on other parties." (Order filed Aug. 18, 2005, at 5.) In addition, now that defendants Mischiu and Webber have appeared in this action by filing an answer to plaintiff's complaint, every document plaintiff submits to the court for consideration must be served on defendants' counsel. See Fed. R. Civ. P. 5; Local Rule 5-135. A party who cannot serve a document electronically must serve it by U.S. mail. Every document plaintiff mails to the court for filing must include a properly completed proof of service that identifies the document served, states the date on which an accurate copy of the

1

document was placed in the mail to defendants' attorney, and sets out the complete name and address of the attorney to whom the copy was mailed.[1]  See Local Rule 5-135(b) and (c).

Plaintiff will be required to mail a notice of change of address to defendants' counsel at the address shown on defendants' answer filed December 9, 2005.  Plaintiff must also file a properly completed proof of service showing that he mailed a notice of change of address to defendants' counsel.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's January 4, 2006 request for service by the Clerk of the Court is denied;

2.  Plaintiff is granted fifteen days from the date of this order to serve a notice of change of address on defendants' counsel and to file a properly completed proof of service. Plaintiff is cautioned that any subsequent failure to include a properly completed proof of service with a document submitted for filing may result in the imposition of sanctions.

DATED: January 12, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
fish1145.35

---

[1] The new case documents sent to plaintiff by the Clerk of the Court on June 9, 2005, includes a sample proof of service.

2