IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEHEMIAH JEFF FISHER,** | CASE NO. CIV S-05-1145 LKK DAD P |
| Plaintiff, | **ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| **DOCTOR RAUL MISCHIU, et al.,** | |
| Defendants. | |

The Court has considered defendants' March 3, 2006 request for an extension of time and good cause appearing,

IT IS ORDERED that defendants' response to plaintiff's First Request for Production of Documents will be due on or before March 21, 2006.

DATED: March 7, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/fish1145.36discresp