IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH JEFF FISHER,

    Plaintiff,               No. CIV S-05-1145 LKK DAD P

    vs.

DOCTOR RAUL MISCHIU, et al.,

    Defendants.        ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 11, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. On February 6, 2006, plaintiff filed objections without a proof of service. On February 10, 2006, plaintiff's objections were disregarded and plaintiff was granted twenty days to file and serve objections that comply with the Federal Rules of Civil Procedure, the Local Rules of Practice, and court orders. The time period has now expired and plaintiff has not filed objections to the findings and recommendations.

1        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 11, 2006, are adopted in full; and

2. Plaintiff's claims against defendant Smith are dismissed without prejudice.

DATED: March 24, 2006.

                                                                 /s/Lawrence K. Karlton
                                                                 UNITED STATES DISTRICT JUDGE

/fish1145.800