IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH JEFF FISHER,

    Plaintiff,                    No. CIV S-05-1145 LKK DAD P

    vs.

DOCTOR RAUL MISCHIU, et al.,

    Defendants.                    <u>ORDER</u>

_____/

        On February 5, 2007, plaintiff filed a declaration in a belated response to the magistrate judge's April 26, 2006 order directing him to file a status report. However, this civil rights action was dismissed without prejudice on September 11, 2006 due to plaintiff's failure to respond to the court's order in a timely fashion. Plaintiff is advised that documents filed by him since the dismissal date will be disregarded and no orders will issue in response to future filings.

        Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send plaintiff a civil rights complaint form for filing a new case.

DATED: February 14, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad:9
fish1145.58